BEFORE THE SECOND DIVISION, OCTOBER 6, 1938

**No. 39545.**—Protests 802780–G, etc., of J. H. Brown Co. et al. (New York).

Opinion by Kincheloe, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.